FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 30 2013

DAVID J. MALAND, CLERK
BY
DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER

HECTOR D. PORTILLO, Plaintiff,    *
#41790-083    [FOIA]Redressor,    *
       [Criminal]Defendant,    *
          [Habeas]Movant,    *
                                   *
v.    *
                                   *
UNITED STATES OF AMERICA,    *
U.S. Dept. of Justice,    *
Executive Office of U.S.    *
Attorneys; Office of Infor-    *
mation and Privacy; U.S. Att-    *
orney, ED VA, et al.    *
              Defendant(s),    *
              Respondent(s).    *
                                   *

FOIA No. _____

Ancillary matters:
1:95-cr-522-LMB, ED VA
1:95-cr-227-TSE   "   "
1:98-cv-434-LMB, §2255

6:13cv730

JUDICIAL NOTICE dove


### FOIA/PA COMPLAINT
[Title 5 USC § 552(a)(4)(B)]
[Title 5 USC § 552a(g)]


      This is a good faith COMPLAINT - REDRESS OF GRIEVANCES in the interests of law and justice as necessitated and engineered by administrative agencies, in fraud against this unrepresented foreigner, designed to avoid disclosures of incriminating records - evidence by their expensive and frivolous administrative process as a further burden on the already overwhelmed federal courts due to like patterns and modus operandi attempting to avoid accountability to their own rule of law and democratic process being organized for profit ($$$) and budget enhancements. As a matter of law, Defendant is entitled to records - evidence from convictions long ago and apparently agencies necessitate this expensive action in federal court to compel the rule of law, not by the choice of this foreigner, wrongfully imprisoned. Agency indifference (deliberate) compels this Action (simple) due to overpaid agency attorneys who have failed to liberally construe the Redress of this foreigner, both a pauper and poorly educated. As a result, they shall cover all costs necessary to this action-redress including providing Complainant with financial-assistance of counsel/process that is likewise equally financed and versed in the specialized practice of

1-5

FOIA/PA (Acts). E.g., Title 18 USC § 4042 (care, safekeeping and subsistence of prisoners), as the DOJ=BOP fails to provide the poor, disabled (uneducated) and foreigners with any Spanish Legal Materials that are meaningful to their needs, nor legal assistance program, in gross discriminations thereto. E.g., Title 28 C.F.R. § 551.90 and 40.3("written procedure shall [] be available in any language spoken by a significant portion of the institutions population, and appropriate provisions shall be made for those not speaking those languages, as well as for the impaired and the handicapped."). Id., et seq. The inactions to date by the agencies involved, necessitating this judicial redress, are both arbitrary and capricious and serve no legitimate purpose especially to their own rule of law ... and expense, contrary to the Administrative Procedures Act, Title 5 USC § 551, et seq., specifically sections 551, 702, 703, 706 & 901.

FACTS IN SUPPORT:

    In 1995-96 this criminal defendant, a citizen of El Salvador, Central America, was vindictively prosecuted by 4-parallel jury trials off alleged two conspiracies (drug cases) under 21 USC § 846 by federal prosecutors displeased with his refusal to work as their informant against others of Spanish Nationality, which included the likely possiblity of death against him, his wife and son, equal to that of his brother Enrique who was assassinated in 2009 as a result of same. Both indictments, referenced on the cover-page, resulted in mistrials, the first due to prejudice from prison clothing and the second due to a lack of sufficient evidence (taco flour vs. cocaine), the jury refused to convict, then used as a rehearsal for another trial (4th), allowing prosecutors to perfect the presentation of their case which included elimination of the co-defendant as the key defense witness. Defendant claims <u>actual innocence</u> of this second prosecution (522) for taco flour and a miscarriage of justice based likewise on manipulated-signed waivers of rights (uncounseled) <u>intentionally</u> choreographed against this non-English reader/writer without Spanish interpretation. They presumed he would know no better and that his defense counsel would go along with the political agenda, conveniently the same court appointed defense counsel for trials, sentencings and direct appeals.

    Defendant, without counsel has made 3-4 postconviction attempts to gain relief from consecutive 188-month sentences (unchallenged by defense counsel even though directed to do so by the sentencing judge) as without Spanish legal materials or assistance of counsel, having to rely on "jailhouse attorneys" only interested in likewise fleecing the poor and naive for some frivolous commissary money (games). All his collateral attacks to date have been procedurally barred utilizing standard "tricks of the trade," against the poor and uneducated (simple-minded). <u>I.e.</u>, untimely, no constitutional issues, successive, etc. His latest collateral Redress was in 2012, with leave to amend his initial § 2255 motion referenced above (98-cv-434), denying him a Certificate of Appealability (C of A). Recent Supreme Court ruling(s) now apply to the facts of his case warranting relief. E.g., **Alleyne v. U.S.**, ___ U.S. ___, 184 LEd 2d 252 [2012 U.S. LEXIS 7809].

    In conjunction to collateral attack by habeas corpus privilege(s), on July 18, 2012 Redressor made Freedom of Information and a Privacy Act "Request" to the U.S. Attorney, Eastern District of Virginia

3-5

at 210 Jamieson Ave., Alexandria 22314, a "request" that included a certification of identity along with his federal prison number. Ex. A.

As is typical, this foreigner received no response or acknowledgment of his "Request" filed with "proof of mailing." They assume and hope (comical) that the requestor will go away, considering wrongful - consecutive 188-month sentences. **What would you do???**

After waiting patiently for 2+months, "Requester" filed his administrative appeal with the DOJ's illustrious "so-called" Office of Information Policy (OIP) in Washington, D.C. [Flag Building], as with certification of mailing, as always necessary ($$$). This appeal included a signed original of the 7/18/12 "request," as verification and filing, a second time, including certification of identity.(9/24/12).

OIP issued one of their form letters a month later on 10/25/12 claiming "we will notify you of the decision on your appeal as soon as we can." This their typical stalling tactic hoping also that the requester will go away. It should be noted that over this period of time neither the U.S. Attorney, their EOUSA or their OIP had any trouble identifying this federal prisoner. Appeal No. AP-2013-00109.

Seven months pass ... in silence. On 5/28/13 Redressor received another frivolous form letter from EOUSA = DOJ in Washington claiming something about "a notarized example of his/her signature or a certification of identity under penalty of perjury," as signed by a signature stamp machine. This identity was already provided with the initial "request" some 10+months earlier, another DOJ typical stalling tactic ($$$). No franked envelope provided=bad faith.

On 6/22/13 Redressor sent a letter to OIP wanting to know the status of his appeal, as referenced above, with certification of mailing ($$$).

On July 31, 2013, in what appears to be another unidentified signature stamp machine over Priscilla Jones, another letter claiming "We will notify you of the decision on your appeal as soon as we can." A different number was assigned. AP-2013-04373.

On 8/30/13 another letter from OIP, with a like apparent signature stamp machine ["Work"], Appeal No. 04373 vs. 00109, referencing the Request No. 2013-1520. Exhibit A1-2. Therein it states that the appeal was off "the action of the EOUSA" when the "Request" was made to the U.S. Attorney where the records are located. Apparently they use the EOUSA simply as a procedural hurdle ($$$) to the disclosures.

This foreigner would obviously have no control over the agencies processing or transfers of his simple request. In support of the procedural "dog and pony show" they cite "28 C.F.R. § 16.41(d)(2012)" so that Redressor would not know if this CFR was before or after his filing ["request"] of 7/18/12. Further, this foreigner would have no way of verifying what contracts or presumptions the DOJ is relying on utilizing their C.F.R. to circumvent the Act(s) of Congress (elected). **Exhibit A3.** See <u>Title 28 USC § 530B</u>, Citizens Protection Act & FOIA/PA. Comedy again states: "After carefully considering your appeal, ... Please be advised that this Office's decision was made only after a full review of this matter, Your appeal was assigned to an attorney [] with this Office who thoroughly reviewed and analyzed your appeal," directing this foreigner to try his apparent luck with the federal courts who are continually crying from the workload. What's the poor to do? The DOJ must have unlimited and unquestioned financial resources available to fund this Redress, including all fees, costs, expenses and damages. Finally, off a like extensive record (pending) their federal OGIS has been of no real help ... of any substance. They are all apparently riding the same pony. **Ex. A4.** ["B____, I don't know why you

> waste you time on all this litigation. Don't you realize that we have over 500 attorneys (against the poor) with the Just-us Department in Washington. I can assure you Mr. B____, that any rulings against us by the federal courts will be appealed and I can assure you Mr. B____ that eventually we will win."] BOP - AW Mr. Roger Rose, USFCMP-Springifleld, MO (1994).

There you have it folks. It's all about appearances, being provided with toys and other gimmicks to give the appearance of justice and Demon-cratic Process being served on behalf of their libido's ($$$). **Hudson v. Palmer**, 468 U.S. 517, 532 n.12 (1984); **Haines v. Kerner**, 404 U.S. 519, 520 (1972). Ask why this judicial action is necessary?
($$$)

    Submitted in good faith, as affirmed, declared, certified, verified and stated true and correct under penalties of perjury as without the assistance of counsel-process ($$$) and thus with all Right(s) reserved and invoked and thus <u>without prejudice</u> pursuant to at least <u>Title 28 USC § 1746WoP</u>.

Dated: September 26, 2013

Certification of Mailing:

Hector D. Portillo #41790-083[E]
Federal Correctional Institution
POB 7000, 4001 Leopard Dr.
Texarkana, TX 75505
(903)838-4587, 223-4424Fax

5-5

July 18, 2012

United States Attorney
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314

Re:  USA v. Hector D. Portillo, No's 1:95-cr-0522-LMB-1
     FOIA/PA "Request" Redress       1:95-cr-0227-TSE-1
                                     Appeal 12-6501

To Whom It May Concern:

    This constitutes my good faith Freedom of Information - Privacy Act Redress under Titles 5 USC § 552 & 552a for the following specific information in your files related to the above referenced cases.

    Off parallel prosecutions, a pre-trial meeting was held before me including the federal prosecutor, FBI Agent, Defense counsel and interpreter. At that time I was offered a 15-year plea bargain which I refused at that time due to conditions attached constituting waiver of substantial rights.

    Please provide a copy of this plea agreement, any related reference materials, notes relevant thereto, rough drafts or any specific information in any way related to this plea offer.

    The undersigned, without the assistance of counsel at this time, invokes all Rights regarding timetables and exemptions. If you expect any substantial delay please provide notice and reasoning.

Proof of mailing: _____

Certification of Identity:

SSN: #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
FBI: #263981HA5
INS: #90276205
DOB: 07/29/65
POB: El Salvador, SA
DNA / TEX03373

Very sincerely yours,

_____

Hector D. Portillo #41790-083[E]
Federal Correctional Institution
POB 7000, 4001 Leopard Dr.
Texarkana, TX 75505
(903)838-4587, 223-4424Fax

A

7/18/12



U.S. Department of Justice
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**August 30, 2013**

Rec'd 9/3/13

Mr. Hector Portillo
Register No. 41790-083
Federal Correctional Institution
Post Office Box 7000
Texarkana, TX  75505

Re:  Appeal No. AP-2013-04373
Request No. 2013-1520
MWH:JMB

**VIA:  U.S. Mail**

Dear Mr. Portillo:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to plea records concerning yourself in Case Nos., 1:95-CR-0522 and 1:95-CR-0227, located in the United States Attorney's Office for the Eastern District of Virginia.

After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA properly informed you that it could not process your request until you submitted your notarized signature or a certification of your identification under penalty of perjury. See 28 C.F.R. § 16.41(d) (2012).  A Certification of Identity form that may be used for this purpose is enclosed.  Please provide this information directly to EOUSA.

Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

If you are dissatisfied with my action on your appeal, the Freedom of Information Act permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road,

A1-

8/30/13

- 2 -

College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 301-837-1996; toll free at 1-877-684-6448; or facsimile at 301-837-0348.

                Sincerely,

                Sean R. O'Neill
                Chief
                Administrative Appeals Staff

                By: *[signature]*

                Anne D. Work
                Senior Counsel
                Administrative Appeals Staff

Enclosure

A2

8/30/13

## IN ALL FAIRNESS

## Governing in the Shadows

Although many of their political allies were recently swept out of power, armies of professional activists and lawyers remain firmly entrenched, eager to move forward with their own agendas. They understand what too few of us have yet to realize — elections don't matter when regulatory agencies can be used to implement policy.

An alphabet soup of agencies — not *legislatures* — have emerged as America's true center of policy-making power. Lacking sympathy for its ideological campaign in the legislative branch, a shadow government seeks to impose its radical policies not through the democratic process, but through an unaccountable regulatory system of unelected bureaucrats.

Daniel J. Popeo
Chairman
Washington
Legal Foundation

Take, for instance, the Treasury Department's proposal to give a $1.6 billion tax deduction to lawyers bringing lawsuits on a contingency fee basis. For years, trial lawyers had lobbied Congress for such a subsidy, but when that failed they decided to bypass elected officials and focus their attention on unelected bureaucrats.

Meanwhile, other activists, cashing in on their ties to state attorneys general, have sued the nation's leading energy providers under a "nuisance" theory to impose economically destructive controls on carbon emissions. Although Congress has repeatedly refused to implement such controls, an entire sector of the economy operating lawfully under state and federal environmental permits is now being threatened with tort liability for perfectly legal carbon emissions.

Although Congress has authorized the FDA to determine what drugs are safe and available, federal Medicare regulators have recently begun denying Medicare and Medicaid reimbursements for certain FDA-approved drugs, thereby making the drugs unavailable for millions of Americans.

With much of America distracted during the holiday season, the Interior Department quietly issued an order seizing authority to designate public lands as "wild lands," which could have a profound impact on domestic energy development. That same day, the EPA announced that it would soon begin drawing up anti-carbon regulations on oil refineries and power plants, regardless of the wishes of Congress. Is it any wonder that heating and auto fuel prices continue to rise?

The common thread here is that activists are using regulation and litigation as surrogates to advance unpopular causes. Indeed, nearly every aspect of the American economy is caught in a vortex of unchecked legal shakedowns and silently imposed federal rules. So far, courts haven't effectively limited this abuse of our legal system. Now, more than ever, there is an enormous need for trustworthy free enterprise legal advocacy and education.

**Rule of the unelected**

Simply put, an avalanche of regulations cannot address broad, complex controversies. And the victims of lawmaking by regulatory fiat are not only the targeted business, but the very workers, consumers, and shareholders whom government bureaucrats claim to be protecting. Ultimately, however, a government by bureaucrats and lawyers can never be a government of, by, or for the people. [The "iron triangle" of lawyers, bureaucrats & politicians...all who profit from their own inefficiencies & B.S.]

Washington Legal Foundation
Advocate for freedom and justice

WASHINGTON LEGAL FOUNDATION • 2009 MASSACHUSETTS AVE., NW • WASHINGTON, DC 20036 • http://www.wlf.org
*In All Fairness* is produced through WLF's Civic Communications Program.

*Court TV* host Catherine Crier's look at a **damaged** legal system

How the Lawyers, Politicians, and Bureaucrats Have Turned the Law into an Instrument of TYRANNY—and What We as Citizens Have to Do About It.

Broadway Books
Div. Bantam/Doubleday/Dell
1540 Broadway
New York, N.Y. 10036  (800)
(212) 354-6500    223-6834



*Court TV* host and lawyer Catherine Crier has written an illuminating, frustrating, and revealing look at our litigious society. No one is safe from her penetrating study of a damaged legal system that produces results and profits for the few and injustice for the many. Both an angry indictment and an eloquent plea for common sense, Crier exposes a system of flawed laws so complex that even the enforcers can't understand them. She also blasts the sue-happy system of liability that forces a baby-stroller manufacturer to warn, "Remove child before folding." Exposing the insidious relationship between government, lobbyists, and bureaucrats who profit from inefficiency, Crier's book will make you hopping mad at the system. Just don't sue us for telling you about it. *256 pages.*

*The Case Against Lawyers*   ISBN
by Catherine Crier   0-7679-0504-0

**new**  85-4174  pub. price ~~$23.95~~   [2002]
club price $16.75   FREE with 18 Bonus Points (Earns 3)

• a Manhattan surgeon sued Nike for $10 million after her running shoe came untied and she tripped
• in Atlanta, a woman sued her dance partner when his clumsiness broke her thumb—it cost him $220,000

As a child, Catherine Crier was enchanted by film portrayals of crusading lawyers like Clarence Darrow and Atticus Finch;. As a district attorney, private lawyer, and judge herself, she saw firsthand how the United States justice system worked—and didn't. One of the most respected legal journalists and commentators today, she now confronts a profoundly unfair legal system that produces results and profits for the few—and paralysis, frustration, and injustice for the many. Alexis de Tocqueville's dire prediction in *Democracy in America* has come true: We Americans have ceded the resolution of society's problems—our fundamental responsibility as citizens—to "legal authorities," and in doing so have given up precious democratic freedoms.

The *Case Against Lawyers* is both an angry INDICTMENT and an eloquent plea for a return to common sense. It decries a system of laws so complex that even their enforcers—such as the IRS—cannot understand them. It unmasks a litigation-crazed society where billion-dollar judgments serve mostly to line the pockets of personal injury lawyers. It deplores the stupidity of a liability system that leads to such results as a label on a stroller that warns: REMOVE CHILD BEFORE FOLDING. It INDICTS a criminal justice system that puts minor drug offenders away for life, yet allows celebrity murders to walk free. And it excoriates the sheer corruption of the IRON TRIANGLE OF LAWYERS, BUREAUCRATS, AND POLITICIANS who profit mightily from all this INEFFICIENCY, INJUSTICE, AND ABUSE.

The *Case Against Lawyers* will make readers hopping mad. And it will make them realize that the only response can be to demand change now. The book addresses the immense injustices of the current American legal system. It deplores the lack of common sense amongst lawyers and bureaucrats and condemns the litigation-hungry attitude that pervades the courtrooms today.

A4